**WEILAND, GOLDEN,
SMILEY, WANG EKVALL & STROK, LLP**
Evan D. Smiley, State Bar No. 161812
esmiley@wgllp.com
Hutchison B. Meltzer, State Bar No. 217166
hmeltzer@wgllp.com
Beth E. Gaschen, State Bar No. 245894
bgaschen@wgllp.com
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone:   (714) 966-1000
Facsimile:    (714) 966-1002

Attorneys for Debtor-in-Possession
Boundary Bay Capital, LLC

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>BOUNDARY BAY CAPITAL, LLC, a California limited liability company,<br><br>　　　　　　　　　　Debtor-in-Possession. | Case No. 8:11-bk-14298-RK<br><br>Chapter 11<br><br>**CHAPTER 11 STATUS REPORT**<br><br>DATE:   September 7, 2011<br>TIME:    11:00 A.M.<br>CTRM:   5D |

**TO THE HONORABLE ROBERT KWAN, UNITED STATES BANKRUPTCY JUDGE, AND OTHER PARTIES IN INTEREST:**

　　　　Boundary Bay Capital, LLC, the debtor and debtor-in-possession (the "Debtor") in the above-captioned case, submits this case status report.

## I.     GENERAL BACKGROUND AND EVENTS LEADING TO FILING

### A.     General Background

　　　　The Debtor is in the business of making loans secured by real estate.  The Debtor also currently owns some real property which it obtained through foreclosures on such secured loans.  The Debtor is not making any new loans.

The Debtor's primary assets are notes secured by liens on real property. For example, the Debtor owns interests in notes secured by 1st, 2nd, and 3rd trust deeds ("LV Secured Notes") on land located North Las Vegas, Nevada ("LV Property"). There is a secured note against the first position LV Secured Note in favor of various parties, and a secured note in favor of Enhanced Income Fund I, LLC. ("Enhanced Income") against the second position LV Secured Note.

The Debtor also has a secured note against Lots 1-6, 23, LLC secured by land in North Las Vegas and a secured note against Siena Vista secured by land in Henderson, Nevada. Moreover, the Debtor holds notes secured by 2nd trust deeds on certain residences.

The Debtor also owns interests in real property which it obtained pursuant to foreclosures on secured notes. For example, the Debtor owns a 29.5048% interest in the real property located at 34311 Pacific Coast Highway, Dana Point, California (the "PCH Property"). California Bank & Trust ("CBT") asserts a first deed of trust against the PCH Property.

The Debtor owns 9.13 acres of real property located at Washington & Nutmeg, in Murrieta, California, described legally as assessors ID 90602009-5 (the "Murrieta Property"). There is a first position secured note against the Murrietta Property in favor of Charles Dunn and a second position secured note in favor of Enhanced Income. The Debtor also has unsecured receivables against various parties and owns equity interests in a related entity, Heritage ORCAS Partners, LP.

The Debtor's loans were funded primary by borrowing pursuant to unsecured notes ("Notes"). There is also some non-Note unsecured debt.

**B.    Events Leading to Chapter 11 Filing**

Due to the general downturn in the real estate market, a substantial portion of the Debtor's loans stopped performing. Once the loans stopped performing, the Debtor in some cases initiated foreclosure proceedings with respect to its collateral and had to bear related costs (including in connection with the chapter 11 proceedings of borrowers). The

Debtor then had to bear the ongoing expense of non-income producing properties after such foreclosures. Further, interest payments due to the Note Holders continued to accrue while the value of the Debtor's collateral and real property (REO) continued to decline. As a result, the Debtor was not able to make the payments due to the Note Holders. Further, there is some pending litigation, described more fully below.

## II.   GOAL OF THIS CHAPTER 11 CASE

The goal of this chapter 11 case is to confirm a plan that provides the payment of creditors from the Debtor's assets over time in a manner that maximizes the return to all parties in interest. The Debtor's plan and disclosure statement will be filed prior to the Status Conference.

## III.   PRINCIPAL DISPUTES OR PROBLEMS LIKELY TO BE ENCOUNTERED

Robert Wing, the federal receiver ("Receiver") of Vescor, an entity which the Debtor had entered into transactions with, filed a fraudulent transfer action against the Debtor and other defendants in the United States District Court, District of Utah. The Debtor vigorously disputes the allegations. Most recently, the Receiver filed a Motion for Summary Judgment in an attempt to invalidate the deeds of trust owned in part by the Debtor to allow the Receiver to sell the LV Property free of liens. The Receiver's Motion for Summary Judgment was denied. There has been no activity in the case since this ruling.

A Note holder, Maureen Rafael, commenced litigation in the San Diego Superior Court related to the non-payment of her Note. The Debtor disputes the allegations. The matter was assigned to arbitration.

The Debtor is also involved in litigation with CBT related to a pending foreclosure proceeding against PCH.

The disputes described above, however, will be provided for in the plan and they should not affect the administration of the case or prevent the confirmation of the plan.

### IV. CURRENT STATUS OF DEBTOR'S CASE

The claims bar date was July 15, 2011. As indicated above, the Debtor will file a plan and disclosure statement prior to the Status Conference.

### V. RECENT EMPLOYMENT OF PROFESSIONALS

The employment of the Debtor's general insolvency counsel, Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP was approved by the Court's order entered on June 9, 2011.

The Debtor has filed an application to employ The Law Office of Joel M. Pores as Special Counsel in connection with a claim for legal malpractice against its former counsel. An action (the "Action") was filed on June 8, 2011, naming Glaser, Weil, Fink, Jacobs, Howard, Avachen & Shapiro, LLP, the successor entity to Christiansen, Miller, Glaser, Fink, Jacobs, Weil & Shapiro, LLP (together, "Former Counsel"), among other defendants (together, the "Malpractice Defendants").

The Debtor understands that the Committee will soon be filing an application to employ counsel.

### VI. DEBTOR'S COMPLIANCE WITH ITS DUTIES AND WITH THE REQUIREMENTS OF THE OFFICE OF THE UNITED STATES TRUSTEE

The Debtor is current with all of its Monthly Operating Reports and US Trustee fees.

Respectfully submitted,

Dated: August 24, 2011

WEILAND, GOLDEN,
SMILEY, WANG EKVALL & STROK, LLP

By: /s/ Hutchison B. Meltzer
HUTCHISON B. MELTZER
Attorneys for Debtor-in-Possession,
Boundary Bay Capital, LLC

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**650 Town Center Drive, Suite 950, Costa Mesa, CA 92626**

A true and correct copy of the foregoing document described as **CHAPTER 11 STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 24, 2011** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Paul S Arrow      parrow@buchalter.com, ifs_filing@buchalter.com;salarcon@buchalter.com
Daniel Denny      ddenny@gibsondunn.com
Beth Gaschen      bgaschen@wgllp.com
Nancy S Goldenberg      nancy.goldenberg@usdoj.gov
Sheri Kanesaka      sheri.kanesaka@bryancave.com
Hutchison B Meltzer      hmeltzer@wgllp.com
Hal M Mersel      mark.mersel@bryancave.com
Evan D Smiley      esmiley@wgllp.com
United States Trustee (SA)      ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **August 24, 2011** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **August 24, 2011** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**SERVED BY PERSONAL DELIVERY:**
Honorable Robert Kwan, Crtrm. 5D
United States Bankruptcy Court
411 W. 4th St.
Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 8.24.11 | Audrey Wilson | /s/ Audrey Wilson |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010

**F 9013-3.1.PROOF.SERVICE**

**II. SERVED BY U.S. MAIL**:

Boundary Bay Capital, LLC
Airport Executive Suites
2102 Business Center Drive, Suite 130
Irvine, California 92612

8% Secured Promissory Note
Airport Executive Suites
2102 Business Center Drive, Suite 130
Irvine, California 92612
**Secured Creditor**

California Bank & Trust
c/o Ren R. Hayhurst, Esq.
3161 Michelson Drive, Suite 1500
Irvine, CA 92612-4414
**Secured Creditor**

Charles Dunn Corporation, LLC
800 W. 6th St., 6th Floor
Los Angeles, CA 90017
**Secured Creditor**

Enhanced Income Fund I, LLC
9350 Waxie Way, Suite 500
San Diego, CA 92123
**Secured Creditor**

**CREDITORS' COMMITTEE:**

Albert Wazlak
1901 Pine Street
Huntington Beach, CA 92648

Harrington Construction Co., Inc.
West Harrington
22632 Golden Springs Drive, #215
Diamond Bar, CA  91765

Lynell Burmark
713 Saranac Dr.
Sunnyvale, CA 94087

Andrea Jupina
P.O. Box 234192
Encinitas, CA 92023-4192

DBSK, LLC
Attn: Doug Claude
8299 W. Brookdale Lane
Anaheim, CA 92807

Leonard Shulman
Shulman Hodges & Bastian LLP
8105 Irvine Center Drive
Suite 600
Irvine, CA 92618
**Proposed Counsel to Creditors' Committee**

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                                **F 9013-3.1.PROOF.SERVICE**