| | |
|---|---|
| Attorney or Party Name, Address and Telephone Number:<br>**WEILAND, GOLDEN,**<br>**SMILEY, WANG EKVALL & STROK, LLP**<br>Evan D. Smiley, State Bar No. 161812<br>esmiley@wgllp.com<br>Hutchison B. Meltzer, State Bar No. 217166<br>hmeltzer@wgllp.com<br>650 Town Center Drive, Suite 950<br>Costa Mesa, California 92626<br>Telephone: (714) 966-1000; Facsimile: (714) 966-1002<br>Counsel for the Debtor and Debtor-in-Possession | FOR COURT USE ONLY |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br>BOUNDARY BAY CAPITAL, LLC, a California limited liability company,<br><br>Debtor and Debtor-in-Possession. | CHAPTER 11 CASE NUMBER<br>8:11-bk-14298-RK<br><br>NOTICE OF PROFESSIONAL FEE STATEMENT AND PROFESSIONAL FEE STATEMENT<br>NUMBER: 5<br>PERIOD: August 1, 2011 - August 31, 2011[1] |

1. Name of professional: Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP (the "Firm")
2. Date of entry of order approving employment of the professional: June 9, 2011
3. Initial retainer received by professional: $225,000.00
4. Less total amount of pre-petition services rendered and expenses: $ 44,260.12
5. Balance of funds remaining on petition date: $180,739.88
6. Less fees and expenses per prior fee statements: $129,148.03
7. Current retainer balance: $ 51,591.85
8. Less: total amount of services and expenses this reporting period: $ 44,762.19
9. Balance of funds remaining for next reporting period: $ 6,829.66

DETAILED DOCUMENTATION SUPPORTING THE PROFESSIONAL FEES EARNED AND THE EXPENSES INCURRED DURING THIS REPORTING PERIOD HAS BEEN SERVED ON THE OFFICE OF THE UNITED STATES TRUSTEE AND THE DEBTOR. A COPY OF THIS FEE STATEMENT (WITHOUT EXHIBIT) HAS BEEN SERVED ON THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, ITS COUNSEL (IF ANY), AND THOSE PARTIES WHO HAVE REQUESTED SPECIAL NOTICE. A COPY OF THE DETAILED DOCUMENTATION WILL BE PROVIDED BY THE FIRM TO ANY PARTY UPON REQUEST. FEES AND COSTS WILL BE PAID IN THE AMOUNT STATED IN ITEM 8 ABOVE UNLESS AN OBJECTION IS SERVED ON THE DEBTOR AND THE FIRM WITHIN 10 DAYS FROM THE DATE OF SERVICE OF THIS STATEMENT.

10. Total number of pages attached hereto: 9

The above is a true and correct statement of fees earned and expenses incurred during the indicated reporting period.

Dated: September 14, 2011

WEILAND, GOLDEN, SMILEY, WANG EKVALL & STROK, LLP
(Name of Professional)

HUTCHISON B. MELTZER
(Signature of Professional)

| | | |
|---|---|---|
| September 1994 | PROFESSIONAL FEE STATEMENT | REV. USED-6 |

---

[1] Including two earlier entries that were inadvertently omitted from the Firm's prior fee statements.

CBM\PROFSTMT\HER04-3.#5

**WEILAND, GOLDEN,
SMILEY, WANG EKVALL & STROK, LLP
650 TOWN CENTER DRIVE - SUITE 950
COSTA MESA, CALIFORNIA 92626
714-966-1000 (TEL) 714-966-1002 (FAX)
WEBSITE: WWW.WGLLP.COM
TAX ID. 33-0670296**

SEPTEMBER 1, 2011

HERITAGE-ORCAS PARTNERS  
AIRPORT EXECUTIVE SUITES  
2102 BUSINESS CENTER DRIVE, SUITE 130  
IRVINE, CA 92612  
ATTN: DAVID LAWLOR  

OUR FILE: HER04.0003

STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH AUGUST 31, 2011

RE:   BOUNDARY BAY CAPITAL  
       INVOICE # 17239  
       RESPONSIBLE ATTY: EVAN D. SMILEY

| DATE | ATTY | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 06/17/11 | HBM | TELEPHONE CONFERENCE W/ CLIENT | 0.90 | 450 | 405.00 |
| 07/11/11 | HBM | LEGAL RESEARCH RE PLAN ISSUES | 1.10 | 450 | 495.00 |
| 08/01/11 | BEG | TELEPHONE CALL TO D. LAWLOR | 0.10 | 360 | 36.00 |
| 08/01/11 | BEG | TELEPHONE CALL FROM D. LAWLOR RE CREDITORS DISSIMINATING INFORMATION RE CASE | 0.10 | 360 | 36.00 |
| 08/01/11 | BEG | REVIEW AND ANALYSIS OF ISSUES RAISED BY D. LAWLOR RE CREDITORS AND RESPONDING TO ALLEGATIONS | 0.10 | 360 | 36.00 |
| 08/02/11 | EDS | ANALYZE REMEDIES RE SPREADING OF MISINFORMATION BY CREDITOR | 0.30 | 590 | 177.00 |
| 08/02/11 | HBM | TELEPHONE CONFERENCE W/ LAWLOR | 0.40 | 450 | 180.00 |
| 08/02/11 | HBM | TELEPHONE CONFERENCE W/ SMITH AND LAWLOR | 0.20 | 450 | 90.00 |
| 08/02/11 | HBM | REVIEW AND ANALYSIS OF PLAN ISSUES | 1.10 | 450 | 495.00 |
| 08/03/11 | CMY | WORK ON UPDATE FOR CLAIMS ABSTRACT AFTER CLAIMS BAR DATE | 1.90 | 230 | 437.00 |
| 08/03/11 | CMY | CONTINUE WORK ON UPDATE TO CLAIMS ABSTRACT AFTER CLAIMS BAR DATE | 0.60 | 230 | 138.00 |
| 08/03/11 | HBM | LEGAL RESEARCH RE PLAN | 1.80 | 450 | 810.00 |
| 08/03/11 | HBM | REVIEW AND REVISE PLAN | 0.80 | 450 | 360.00 |
| 08/05/11 | CBM | PREPARATION OF APPLICATION TO EMPLOY JOEL PORES | 0.50 | 230 | 115.00 |
| 08/05/11 | BEG | REVIEW AND REVISE DISCLOSURE STATEMENT | 0.70 | 360 | 252.00 |

EXHIBIT 1 PAGE 2

PAGE 2
SEPTEMBER 1, 2011
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH AUGUST 31, 2011
OUR FILE: HER04.0003

| DATE | ATTY | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 08/05/11 | BEG | REVIEW AND REVISE MOTION AND NOTICE OF HEARING ON APPROVAL OF DISCLOSURE STATEMENT | 0.20 | 360 | 72.00 |
| 08/05/11 | HBM | TELEPHONE CONFERENCE W/ RUTAN | 0.40 | 450 | 180.00 |
| 08/05/11 | HBM | REVIEW AND ANALYSIS OF PLAN AND DISCLOSURE STATEMENT ISSUES | 1.40 | 450 | 630.00 |
| 08/05/11 | HBM | REVIEW AND REVISE DISCLOSURE STATEMENT | 2.80 | 450 | 1,260.00 |
| 08/05/11 | HBM | REVIEW AND REVISE PORES EMPLOYMENT APPLICATION | 0.20 | 450 | 90.00 |
| 08/08/11 | EDS | REVIEW PLAN PROJECTIONS | 0.60 | 590 | 354.00 |
| 08/08/11 | EDS | TELEPHONE CONFERENCE W/ WONG RE QUESTIONS ON CASH FLOW OF DEBTOR | 0.20 | 590 | 118.00 |
| 08/08/11 | CBM | PREPARATION OF E-MAIL TO DAVID LAWLOR REQUESTING CLARIFICATION OF BOUNDARY BAY'S SHARE OF SPECIAL COUNSEL'S FEE | 0.10 | 230 | 23.00 |
| 08/08/11 | CBM | PREPARATION OF APPLICATION TO EMPLOY JOEL PORES | 0.60 | 230 | 138.00 |
| 08/08/11 | EDS | TELEPHONE CONFERENCE W/ JERRY RE CHANGES TO PROJECTIONS FOR PLAN | 0.20 | 590 | 118.00 |
| 08/08/11 | EDS | TELEPHONE CONFERENCE W/ ROGER F. AND IRA FROM RUTAN RE INQUIRIES ABOUT CASE | 0.50 | 590 | 295.00 |
| 08/08/11 | CMY | REVIEW AND REVISE CLAIMS ABSTRACT | 0.90 | 230 | 207.00 |
| 08/09/11 | EDS | TELEPHONE CONFERENCE W/ METTE KURTH RE INQUIRY RE POTENTIAL COMMITTEE COUNSEL | 0.20 | 590 | 118.00 |
| 08/09/11 | CBM | REVIEW E-MAIL FROM DAVID LAWLOR RE BOUNDARY BAY'S SHARE OF JOEL PORES' FLAT FEE | 0.10 | 230 | 23.00 |
| 08/09/11 | CBM | PREPARATION OF SPECIAL COUNSEL'S EMPLOYMENT APPLICATION | 0.40 | 230 | 92.00 |
| 08/09/11 | CBM | PREPARATION OF E-MAIL TO J. PORES AND D. LAWLOR RE EMPLOYMENT APPLICATION | 0.10 | 230 | 23.00 |
| 08/09/11 | CBM | REVIEW E-MAIL FROM JOEL PORES RE EXHIBITS EXECUTION OF EMPLOYMENT APPLICATION | 0.10 | 230 | 23.00 |
| 08/09/11 | CBM | PREPARATION OF JUNE PROFESSIONAL FEE STATEMENT | 0.80 | 230 | 184.00 |
| 08/09/11 | CBM | PREPARATION OF JUNE PROFESSIONAL FEE STATEMENT | 0.70 | 230 | 161.00 |
| 08/09/11 | HBM | PREPARATION OF JUNE FACESHEET | 0.20 | 450 | 90.00 |
| 08/09/11 | HBM | REVIEW AND REVISE PORES EMPLOYMENT APPLICATION | 0.30 | 450 | 135.00 |

EXHIBIT 1   PAGE 3

PAGE 3
SEPTEMBER 1, 2011
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH AUGUST 31, 2011
OUR FILE: HER04.0003

| DATE | ATTY | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 08/10/11 | CBM | EXCHANGE OF E-MAILS WITH DAVID LAWLOR RE EXECUTION OF JOEL PORES' EMPLOYMENT APPLICATION | 0.10 | 230 | 23.00 |
| 08/10/11 | CBM | PREPARATION OF SPECIAL COUNSEL'S EMPLOYMENT APPLICATION AND EXHIBITS | 0.60 | 230 | 138.00 |
| 08/10/11 | CBM | PREPARATION OF NOTICE OF APPLICATION TO EMPLOY SPECIAL COUNSEL | 0.30 | 230 | 69.00 |
| 08/11/11 | EDS | PREPARATION OF MEMO TO GRASSGREEN RE REQUEST FOR INFORMATION ABOUT CASE | 0.20 | 590 | 118.00 |
| 08/11/11 | HBM | TELEPHONE CONFERENCE W/ LAWLOR | 0.50 | 450 | 225.00 |
| 08/11/11 | BEG | TELEPHONE CONFERENCE W/ HUTCH AND DAVE RE PLAN AND DISCLOSURE STATEMENT TERMS | 0.60 | 360 | 216.00 |
| 08/11/11 | EDS | PREPARATION OF MEMO TO WINTHROP RE REQUEST FOR INFORMATION ABOUT CASE | 0.10 | 590 | 59.00 |
| 08/12/11 | EDS | REVIEW AND REVISE DISCLOSURE STATEMENT | 0.70 | 590 | 413.00 |
| 08/12/11 | BEG | CORRESPONDENCE TO CLIENTS SENDING LASTEST DRAFT OF DISCLOSURE STATEMENT | 0.10 | 360 | 36.00 |
| 08/12/11 | HBM | TELEPHONE CONFERENCE W/ MARC WINTHROP | 0.30 | 450 | 135.00 |
| 08/13/11 | EDS | REVIEW AND REVISE PLAN PROJECTIONS | 0.90 | 590 | 531.00 |
| 08/15/11 | BEG | REVIEW AND REVISE DISCLOSURE STATEMENT | 0.10 | 360 | 36.00 |
| 08/15/11 | BEG | REVIEW AND REVISE DISCLOSURE STATEMENT | 3.00 | 360 | 1,080.00 |
| 08/15/11 | BEG | TELEPHONE CONFERENCE W/ DAVE LAWLOR AND HUTCH MELTZER RE COMMITTEE AND DISCLOSURE STATEMENT | 0.30 | 360 | 108.00 |
| 08/15/11 | HBM | REVIEW AND REVISE DISCLOSURE STATEMENT | 1.80 | 450 | 810.00 |
| 08/15/11 | HBM | TELEPHONE CONFERENCE W/ PACHULSKI | 0.50 | 450 | 225.00 |
| 08/15/11 | BEG | REVIEW AND ANALYSIS OF EMAIL EXCHANGE RE RELIEF FROM STAY (VENTURA BLVD. CO.) | 0.10 | 360 | 36.00 |
| 08/16/11 | EDS | REVIEW AND REVISE REVISED DISCLOSURE STATEMENT WITH COMMENTS OF CLIENT | 0.90 | 590 | 531.00 |
| 08/16/11 | EDS | REVIEW PROJECTIONS RE RECEIPT OF POST-CONFIRMATION LOAN | 0.20 | 590 | 118.00 |
| 08/16/11 | HBM | REVIEW AND REVISE DISCLOSURE STATEMENT | 0.90 | 450 | 405.00 |
| 08/16/11 | BEG | REVIEW AND REVISE MOTION AND NOTICE FOR APPROVAL OF DISCLOSURE STATEMENT | 0.10 | 360 | 36.00 |

EXHIBIT 1  PAGE 4

PAGE 4
SEPTEMBER 1, 2011
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH AUGUST 31, 2011
OUR FILE: HER04.0003

| DATE | ATTY | DESCRIPTION | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 08/16/11 | BEG | REVIEW AND REVISE DISCLOSURE STATEMENT | 2.90 | 360 | 1,044.00 |
| 08/16/11 | HBM | REVIEW AND REVISE DISCLOSURE STATEMENT | 0.90 | 450 | 405.00 |
| 08/17/11 | BEG | REVIEW AND REVISE DISCLOSURE STATEMENT | 2.90 | 360 | 1,044.00 |
| 08/17/11 | HBM | REVIEW AND ANALYSIS OF PROJECTIONS | 2.80 | 450 | 1,260.00 |
| 08/17/11 | HBM | REVIEW AND REVISE DISCLOSURE STATEMENT | 1.30 | 450 | 585.00 |
| 08/18/11 | CBM | PREPARATION OF FEE STATEMENT NO. 4 | 1.40 | 230 | 322.00 |
| 08/18/11 | CBM | PREPARATION OF JULY FEE STATEMENT | 0.70 | 230 | 161.00 |
| 08/18/11 | BEG | REVIEW AND REVISE DISCLOSURE STATEMENT | 2.30 | 360 | 828.00 |
| 08/18/11 | HBM | REVIEW AND REVISE DISCLOSURE STATEMENT AND PLAN | 3.60 | 450 | 1,620.00 |
| 08/18/11 | HBM | REVIEW AND ANALYSIS OF TAX ISSUES | 0.40 | 450 | 180.00 |
| 08/18/11 | HBM | REVIEW AND ANALYSIS OF FINANCIAL PROJECTIONS | 0.50 | 450 | 225.00 |
| 08/18/11 | BEG | REVIEW AND REVISE DISCLOSURE STATEMENT | 1.10 | 360 | 396.00 |
| 08/19/11 | EDS | REVIEW AND REVISE DISCLOSURE STATEMENT | 1.50 | 590 | 885.00 |
| 08/19/11 | BEG | PREPARATION OF CORRESPONDENCE TO CLIENT SENDING REVISED DISCLOSURE STATEMENT | 0.10 | 360 | 36.00 |
| 08/19/11 | BEG | REVIEW AND REVISE DISCLOSURE STATEMENT | 0.20 | 360 | 72.00 |
| 08/19/11 | BEG | REVIEW AND REVISE DISCLOSURE STATEMENT | 2.30 | 360 | 828.00 |
| 08/19/11 | BEG | REVIEW AND ANALYSIS OF EMAIL FROM CLIENT RE COMMENTS TO DISCLOSURE STATEMENT; RESPONSE TO SAME | 0.10 | 360 | 36.00 |
| 08/19/11 | BEG | TELEPHONE CONFERENCE W/ JERRY AND DAVE REVIEWING AND REVISING DISCLOSURE STATEMENT | 0.70 | 360 | 252.00 |
| 08/22/11 | CBM | PREPARATION OF FEE STATEMENT | 0.10 | 230 | 23.00 |
| 08/22/11 | EDS | REVIEW LATEST PLAN PROJECTIONS PROVIDED BY LAWLOR | 1.10 | 590 | 649.00 |
| 08/22/11 | BEG | REVIEW AND REVISE DISCLOSURE STATEMENT | 0.40 | 360 | 144.00 |
| 08/22/11 | BEG | TELEPHONE CALL TO DAVE LAWLOR RE DISCLOSURE STATEMENT | 0.10 | 360 | 36.00 |
| 08/22/11 | BEG | TELEPHONE CONFERENCE W/ DAVE AND JERRY RE DISCLOSURE STATEMENT AND PLAN | 0.60 | 360 | 216.00 |

EXHIBIT 1  PAGE 5

PAGE 5
SEPTEMBER 1, 2011
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH AUGUST 31, 2011
OUR FILE: HER04.0003

| DATE | ATTY | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 08/22/11 | BEG | REVIEW AND ANALYSIS OF EMAILS RE ADDING LANGUAGE TO DISCLOSURE STATEMENT | 0.10 | 360 | 36.00 |
| 08/22/11 | BEG | REVIEW AND REVISE DISCLOSURE STATEMENT | 0.40 | 360 | 144.00 |
| 08/22/11 | HBM | REVIEW AND REVISE DISCLOSURE STATEMENT AND PLAN | 1.30 | 450 | 585.00 |
| 08/22/11 | EDS | REVIEW AND REVISE RISK SECTION OF PLAN RE RAISING NEW FUNDS | 0.30 | 590 | 177.00 |
| 08/23/11 | EDS | REVIEW PLAN PROJECTIONS | 0.80 | 590 | 472.00 |
| 08/23/11 | EDS | REVIEW LIQUIDATION ANALYSIS FOR PLAN PROVIDED BY LAWLOR AND COMMENTS RE SAME | 0.50 | 590 | 295.00 |
| 08/23/11 | CMY | PREPARATION OF DRAFT CHAPTER 11 STATUS REPORT | 0.70 | 230 | 161.00 |
| 08/23/11 | BEG | REVIEW AND REVISE DISCLOSURE STATEMENT | 0.50 | 360 | 180.00 |
| 08/23/11 | EDS | REVIEW AND REVISE PLAN PROJECTIONS WITH LATEST CHANGES BY LAWLOR | 0.40 | 590 | 236.00 |
| 08/23/11 | HBM | REVIEW AND REVISE DISCLOSURE STATEMENT AND PLAN | 1.80 | 450 | 810.00 |
| 08/23/11 | CMY | REVIEW AND REVISE CHAPTER 11 STATUS REPORT | 0.30 | 230 | 69.00 |
| 08/23/11 | EDS | REVIEW REVISED DISCLOSURE STATEMENT WITH COMMENTS OF CLIENT | 0.60 | 590 | 354.00 |
| 08/24/11 | CBM | PREPARATION OF H. MELTZER DECLARATION RE NON-OPPOSITION TO APPLICATION TO EMPLOY JOEL PORES | 0.60 | 230 | 138.00 |
| 08/24/11 | CBM | PREPARATION OF ORDER APPROVING JOEL PORES'S EMPLOYMENT | 0.50 | 230 | 115.00 |
| 08/24/11 | EDS | CONTINUED REVIEW AND RECOMMENDATIONS ON PLAN PROJECTIONS | 0.80 | 590 | 472.00 |
| 08/24/11 | BEG | REVIEW AND REVISE DISCLOSURE STATEMENT | 0.90 | 360 | 324.00 |
| 08/24/11 | BEG | PREPARATION OF CORRESPONDENCE TO CLIENT SENDING REVISED DISCLOSURE STATEMENT | 0.10 | 360 | 36.00 |
| 08/24/11 | HBM | REVIEW AND REVISE DISCLOSURE STATEMENT AND PLAN | 0.50 | 450 | 225.00 |
| 08/24/11 | BEG | REVIEW AND ANALYSIS OF ISSUE RE FILING OF STATUS CONFERENCE REPORT | 0.10 | 360 | 36.00 |
| 08/24/11 | CMY | PREPARATION OF CORRESPONDENCE TO CLIENT RE: STATUS OF CHAPTER 11 STATUS REPORT | 0.10 | 230 | 23.00 |

EXHIBIT 1 PAGE 6

PAGE 6
SEPTEMBER 1, 2011
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH AUGUST 31, 2011
OUR FILE: HER04.0003

| DATE | ATTY | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 08/24/11 | BEG | CORRESPONDENCE TO CLIENT RE STATUS CONFERENCE REPORT | 0.10 | 360 | 36.00 |
| 08/24/11 | BEG | ATTENTION TO FILING OF STATUS CONFERENCE REPORT AND SERVICE OF SAME | 0.40 | 360 | 144.00 |
| 08/25/11 | BEG | CORRESPONDENCE TO CLIENTS RE CHANGE IN COMMITTEE MEMBERS | 0.10 | 360 | 36.00 |
| 08/25/11 | BEG | REVIEW AND REVISE DISCLOSURE STATEMENT | 0.80 | 360 | 288.00 |
| 08/26/11 | EDS | REVIEW LATEST CASH PROJECTIONS FOR PLAN OF REORGANIZATION | 0.50 | 590 | 295.00 |
| 08/26/11 | EDS | REVIEW FINAL DRAFT OF PLAN PROJECTIONS WITH ADDITIONAL CHANGES | 0.20 | 590 | 118.00 |
| 08/26/11 | BEG | TELEPHONE CONFERENCE W/ DAVE LAWLOR RE PROPOSED CHANGES TO DISCLOSURE STATEMENT | 0.40 | 360 | 144.00 |
| 08/26/11 | BEG | REVIEW AND REVISE DISCLOSURE STATEMENT | 0.50 | 360 | 180.00 |
| 08/26/11 | EDS | TELEPHONE CONFERENCE W/ LAWLOR RE LATEST CHANGES TO THE PLAN | 0.10 | 590 | 59.00 |
| 08/26/11 | BEG | TELEPHONE CALL TO DAVE LAWLOR RE DISCLOSURE STATEMENT | 0.40 | 360 | 144.00 |
| 08/26/11 | BEG | REVIEW AND REVISE DISCLOSURE STATEMENT | 0.80 | 360 | 288.00 |
| 08/26/11 | BEG | CORRESPONDENCE TO DAVE LAWLOR RE REVISIONS TO THE DISCLOSURE STATEMENT | 0.10 | 360 | 36.00 |
| 08/26/11 | HBM | REVIEW AND REVISE DISCLOSURE STATEMENT | 3.20 | 450 | 1,440.00 |
| 08/26/11 | HBM | REVIEW AND REVISE DISCLOSURE STATEMENT AND PLAN | 3.20 | 450 | 1,440.00 |
| 08/29/11 | CBM | PREPARATION OF H. MELTZER DECLARATION RE NON-OPPOSITION TO JOEL PORES' EMPLOYMENT | 0.10 | 230 | 23.00 |
| 08/29/11 | CBM | PREPARATION OF JOEL PORES' EMPLOYMENT ORDER | 0.10 | 230 | 23.00 |
| 08/29/11 | HBM | PREPARATION FOR, ATTENDANCE AT, AND FOLLOW UP RE MEETING WITH CREDITORS COMMITTEE | 6.20 | 450 | 2,790.00 |
| 08/30/11 | EDS | REVIEW APPLICATION TO EMPLOY SHULMAN HODGES AS COMMITTEE COUNSEL | 0.10 | 590 | 59.00 |
| 08/30/11 | EDS | TELEPHONE CONFERENCE W/ ROBERTSON RE STATUS OF SAN DIEGO ARBITRATION | 0.10 | 590 | 59.00 |

EXHIBIT 1  PAGE 7

PAGE 7
SEPTEMBER 1, 2011
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH AUGUST 31, 2011
OUR FILE: HER04.0003

| DATE | ATTY | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 08/30/11 | EDS | REVIEW AND ANALYZE FINANICAL INFORMATION REQUESTED BY FINANCIAL ADVISORS TO COMMITTEE | 0.30 | 590 | 177.00 |
| 08/30/11 | CBM | PREPARATION OF NOTICE OF DISCLOSURE RE EMPLOYMENT OF WEILAND GOLDEN | 1.40 | 230 | 322.00 |
| 08/30/11 | CBM | PREPARATION OF NOTICE OF DISCLOSURE | 0.40 | 230 | 92.00 |
| 08/30/11 | CMY | REVIEW AND REVISE DISCLOSURE STATEMENT AND PLAN | 1.80 | 230 | 414.00 |
| 08/30/11 | CMY | COMPILE AND REVISE EXHIBIT NUMBERS TO MIRROR PLAN AN DISCLOSURE STATEMENT | 1.70 | 230 | 391.00 |
| 08/30/11 | CMY | REVIEW AND RESPOND TO E-MAIL CORRESPONDENCE FROM CLIENT AND ATTORNEY MELTZER | 0.70 | 230 | 161.00 |
| 08/30/11 | HBM | REVIEW AND REVISE DISCLOSURE STATEMENT AND PLAN | 0.90 | 450 | 405.00 |
| 08/31/11 | EDS | TELEPHONE CONFERENCE W/ JERRY RE ENHANCED INCOME FUND DOCUMENTS | 0.20 | 590 | 118.00 |
| 08/31/11 | EDS | REVIEW DISBURSEMENTS OF LOAN PAYOFFS TO CREDITORS OF PRINCIPAL OVER TIME | 0.80 | 590 | 472.00 |
| 08/31/11 | EDS | REVIEW DISBURSEMENTS TO NOTEHOLDERS OF PRINCIPAL OVER TIME | 0.80 | 590 | 472.00 |
| 08/31/11 | EDS | PREPARATION OF MEMO TO LEN SHULMAN RE ENHANCED INCOME DOCUMENTS, MEETING TOMORROW, AND QUESTIONS OF COMMITTEE | 0.20 | 590 | 118.00 |
| 08/31/11 | BEG | REVIEW AND ANALYSIS OF EMAIL EXCHANGE RE EXHIBITS TO PLAN AND DISCLOSURE STATEMENT | 0.10 | 360 | 36.00 |
| 08/31/11 | BEG | REVIEW AND ANALYSIS OF COMMITTEE COMMENTS TO PLAN/DISCLOSURE STATEMENT | 0.10 | 360 | 36.00 |
| 08/31/11 | EDS | REVIEW REQUEST FOR INFORMATION AND DOCUMENTS FROM COMMITTEE RE DEBTOR, BIRCH AND OTHER ASSETS | 0.30 | 590 | 177.00 |
| 08/31/11 | EDS | TELEPHONE CONFERENCE W/ JERRY AND DAVE RE COMMITTEE'S REQUEST FOR FINANCIAL INFORMATION FOR CROWE AND MEETING WITH CROWE | 1.00 | 590 | 590.00 |
| 08/31/11 | HBM | TELEPHONE CONFERENCE W/ CLIENT | 0.70 | 450 | 315.00 |
| 08/31/11 | HBM | REVIEW AND ANALYSIS OF ISSUES RAISED BY COMMITTEE | 1.90 | 450 | 855.00 |
| 08/31/11 | EDS | PREPARATION OF INFORMATION FOR CREDITORS COMMITTEE TO RESPOND TO THEIR REQUESTS | 0.40 | 590 | 236.00 |

EXHIBIT 1  PAGE 8

PAGE 8
SEPTEMBER 1, 2011
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH AUGUST 31, 2011
OUR FILE: HER04.0003

| DATE | ATTY | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 08/31/11 | CMY | PREPARATION OF TRANSMITTAL OF DISCLOSURE STATEMENT TO CREDITOR | 0.10 | 230 | 23.00 |

SUMMARY OF SERVICES

| | | | | |
|---|---|---|---|---|
| BEG | BETH E. GASCHEN | 25.10 hr @ 360.00 | $ | 9036.00 |
| CMY | CLAUDIA M. YOSHONIS | 8.80 hr @ 230.00 | $ | 2024.00 |
| HBM | HUTCH B. MELTZER | 44.80 hr @ 450.00 | $ | 20160.00 |
| EDS | SMILEY, EVAN D. | 16.00 hr @ 590.00 | $ | 9440.00 |
| CBM | CYNTHIA B. MEEKER | 9.70 hr @ 230.00 | $ | 2231.00 |

TOTAL PROFESSIONAL FEES    104.40    $ 42,891.00

COSTS AND DISBURSEMENTS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/09/11 | PHOTOCOPIES OF FEE APPLICATION NO. 33 | 20.25 |
| 08/09/11 | SCANNED DOCUMENTS OF FEE APPLICATION NO. 33 | 2.25 |
| 08/10/11 | PHOTOCOPIES OF APPLICATION TO EMPLOY JOEL PORES | 23.75 |
| 08/10/11 | SCANNED DOCUMENTS OF APPLICATION TO EMPLOY JOEL PORES | 1.00 |
| 08/10/11 | JANNEY & JANNEY MESSENGER CHARGES FOR FILING STATEMENT NUMBER 3 WITH PROOF OF SERVICE | 3.90 |
| 08/16/11 | PHOTOCOPIES OF MONTHLY OPERATING REPORT NO. 4 | 0.25 |
| 08/16/11 | SCANNED DOCUMENTS OF MONTHLY OPERATING REPORT NO. 4 | 7.00 |
| 08/16/11 | ATTORNEY/MESSENGER SERVICE CHARGES FOR DELIVERY OF MONTHLY OPERATING REPORT NO. 4 FOR THE MONTH ENDING JULY 31, 2011 | 30.00 |
| 08/19/11 | JANNEY & JANNEY MESSENGER CHARGES FOR FILING NOTICE OF PROFESSIONAL FEE STATEMENT AND FEE STATEMENT NO. 4 | 3.90 |
| 08/20/11 | JANNEY & JANNEY MESSENGER CHARGES FOR FILING FEE STATEMENT NO. 4 | 3.90 |
| 08/24/11 | POSTAGE FOR SERVICE OF CHAPTER 11 STATUS REPORT | 4.84 |
| 08/24/11 | PHOTOCOPIES OF CHAPTER 11 STATUS REPORT | 24.00 |
| 08/24/11 | JANNEY & JANNEY MESSENGER CHARGES FOR DELIVERY OF CHAPTER 11 STATUS REPORT | 3.90 |
| 08/30/11 | PHOTOCOPIES OF EXHIBITS | 0.75 |
| 08/30/11 | PHOTOCOPIES OF NOTICE OF HEARING | 27.25 |
| 08/30/11 | SCANNED DOCUMENTS OF NOTICE OF HEARING | 3.75 |
| 08/30/11 | SCANNED DOCUMENTS OF NOTICE OF HEARING | 0.25 |
| 08/30/11 | PHOTOCOPIES OF NOTICE OF HEARING | 0.50 |
| 08/30/11 | PHOTOCOPIES OF PLAN AND DISCLOSURE STATEMENT | 152.50 |
| 08/30/11 | SCANNED DOCUMENTS OF PLAN AND DISCLOSURE STATEMENT | 2.25 |
| 08/30/11 | SCANNED DOCUMENTS OF PLAN AND DISCLOSURE STATEMENT | 13.00 |
| 08/30/11 | SCANNED DOCUMENTS OF PLAN AND DISCLOSURE STATEMENT | 13.00 |

EXHIBIT 1 PAGE 9

Case 8:11-bk-14298-RK    Doc 82    Filed 09/14/11    Entered 09/14/11 17:00:12    Desc
Main Document    Page 10 of 13

PAGE 9
SEPTEMBER 1, 2011
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH AUGUST 31, 2011
OUR FILE: HER04.0003

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/30/11 | SCANNED DOCUMENTS OF PLAN AND DISCLOSURE STATEMENT | 0.50 |
| 08/30/11 | SCANNED DOCUMENTS OF PLAN AND DISCLOSURE STATEMENT | 0.25 |
| 08/30/11 | SCANNED DOCUMENTS OF PLAN AND DISCLOSURE STATEMENT | 2.75 |
| 08/30/11 | SCANNED DOCUMENTS OF PLAN AND DISCLOSURE STATEMENT | 0.25 |
| 08/30/11 | SCANNED DOCUMENTS OF PLAN AND DISCLOSURE STATEMENT | 0.50 |
| 08/30/11 | SCANNED DOCUMENTS OF PLAN AND DISCLOSURE STATEMENT | 0.75 |
| 08/30/11 | SCANNED DOCUMENTS OF PLAN AND DISCLOSURE STATEMENT | 25.00 |
| 08/30/11 | SCANNED DOCUMENTS OF PLAN AND DISCLOSURE STATEMENT | 0.50 |
| 08/30/11 | SCANNED DOCUMENTS OF PLAN AND DISCLOSURE STATEMENT | 1.00 |
| 08/30/11 | PHOTOCOPIES OF DISCLOSURE STATEMENT | 1,724.00 |
| 08/30/11 | SCANNED DOCUMENTS OF DISCLOSURE STATEMENT | 8.25 |
| 08/30/11 | SCANNED DOCUMENTS OF DISCLOSURE STATEMENT | 55.25 |
| 08/30/11 | SCANNED DOCUMENTS OF DISCLOSURE STATEMENT | 40.50 |
| 08/30/11 | SCANNED DOCUMENTS OF DISCLOSURE STATEMENT | 55.25 |
| 08/30/11 | SCANNED DOCUMENTS OF DISCLOSURE STATEMENT | 3.00 |
| 08/30/11 | SCANNED DOCUMENTS OF DISCLOSURE STATEMENT | 2.00 |
| 08/31/11 | JANNEY & JANNEY MESSENGER CHARGES FOR FILING PLAN; DISCLOSURE STATEMENT; NOTICE OF HEARING AND MOTION | 3.90 |
| | TOTAL COSTS AND DISBURSEMENTS | $ 2,265.84 |
| | REDUCED TO | $ 1,871.19 |

EXHIBIT 1  PAGE 10

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**650 Town Center Drive, Suite 950, Costa Mesa, California 92626**

A true and correct copy of the foregoing document described as **NOTICE OF PROFESSIONAL FEE STATEMENT AND PROFESSIONAL FEE STATEMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 14, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

[X] Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On **September 14, 2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

[X] Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 14, 2011**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

The Honorable Robert Kwan, 411 W. 4th Street, Suite 2030, Santa Ana, CA 92701

[ ] Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 14, 2011 | Kelly M. Rivera | _(signature)_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010
0.0

F 9013-3.1.PROOF.SERVICE

## SERVICE LIST

Office of the U.S. Trustee
411 W. 4th Street, Suite 9041
Santa Ana, CA 92701

Boundary Bay Capital, LLC
c/o Covenant Management Group, LLC
Airport Executive Suites
2102 Business Center Drive, Suite 130-220Q
Irvine, California 92612
**Debtor**

## CREDITORS COMMITTEE
## AND REQUEST FOR SPECIAL NOTICE

Andrea Jupina
P.O. Box 234192
Encinitas, CA 92023-4192

## CREDITORS COMMITTEE
Albert Wazlak
1901 Pine Street
Huntington Beach, CA 92648

Harrington Construction Co., Inc.
West Harrington
22632 Golden Springs Drive, #215
Diamond Bar, CA 91765

Lynell Burmark
713 Saranac Dr.
Sunnyvale, CA 94087

The Roy and Dorothy Callison Joint Trust
Attn: Roy R. Callison
7840 Luane Trail
Colton, CA 92324

Leonard M. Shulman, Esq.
Shulman Hodges & Bastian LLP
8105 Irvine Center Drive, Suite 600
Irvine, CA 92618
**Attorneys for Creditors Committee**

618499.1

**Electronic Mail Notice List**
Paul S Arrow    parrow@buchalter.com, ifs_filing@buchalter.com;salarcon@buchalter.com
Daniel Denny    ddenny@gibsondunn.com
Beth Gaschen    bgaschen@wgllp.com
Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
Sheri Kanesaka    sheri.kanesaka@bryancave.com, theresa.macaulay@bryancave.com
Hutchison B Meltzer    hmeltzer@wgllp.com
Hal M Mersel    mark.mersel@bryancave.com
Leonard M Shulman    lshulman@shbllp.com
Evan D Smiley    esmiley@wgllp.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov