UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>Boundary Bay Capital, LLC<br><br>Debtor(s). | CHAPTER 11 (BUSINESS)<br><br>Case Number:  8:11-bk-14298-RK<br>Operating Report Number:  5<br>For the Month Ending:  31-Aug-11 |
|---|---|

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS          39,418.74

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL          37,411.55
ACCOUNT REPORTS

3.  BEGINNING BALANCE:          2,007.19

4.  RECEIPTS DURING CURRENT PERIOD:
Accounts Receivable - Post-filing          _____
Accounts Receivable - Pre-filing          _____
General Sales          _____
Other (Specify)          interest income          0.03
**Other (Specify)          _____

TOTAL RECEIPTS THIS PERIOD:          0.03

5.  BALANCE:          2,007.22

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
Transfers to Other DIP Accounts (from page 2)          100.00
Disbursements (from page 2)          6.00

TOTAL DISBURSEMENTS THIS PERIOD:***          106.00

7.  ENDING BALANCE:          1,901.22

8.  General Account Number(s):          #6479463223
          #6124121499
Depository Name & Location:          Wells Fargo Bank, N.A.
          2640 Main Street, Suite R
          Irvine, CA  92614

*   All receipts must be deposited into the general account.
**  Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
    to whom, terms, and date of Court Order or Report of Sale.
***This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| 8/31/2011 | | | service charge | | 6.00 | 6.00 |
| | | | | | | 0.00 |
| 8/31/2011 | #6124121473 | | automatice transfer | 100.00 | | 100.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| TOTAL DISBURSEMENTS THIS PERIOD: | | | | 100.00 | 6.00 | $106.00 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

GENERAL ACCOUNT
BANK RECONCILIATION

Bank statement Date: _____8/31/2011_____   Balance on Statement: _____$1,901.22_____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                   | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                   | 0.00 |

Explanation of Adjustments-

|  |
|---|

ADJUSTED BANK BALANCE:            Page 3 of 16            | $1,901.22 |

I. CASH RECEIPTS AND DISBURSEMENTS
B. (PAYROLL ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS                     _____

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR PAYROLL
ACCOUNT REPORTS                                                             _____

3.  BEGINNING BALANCE:                                     | 0.00 |

4.  RECEIPTS DURING CURRENT PERIOD:
    (Transferred from General Account)                                     _____

5.  BALANCE:                                               | 0.00 |

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    TOTAL DISBURSEMENTS THIS PERIOD:***                    | 0.00 |

7.  ENDING BALANCE:                                        | 0.00 |

8.  PAYROLL Account Number(s):                  _____
                                                _____
    Depository Name & Location:                 _____
                                                _____

TOTAL DISBURSEMENTS FROM PAYROLL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 |
|---|---|---|---|---|

PAYROLL ACCOUNT

## BANK RECONCILIATION

Bank statement Date: _____   Balance on Statement: _____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                      | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|

TOTAL OUTSTANDING CHECKS:                                     | 0.00 |

Bank statement Adjustments:                                   _____
Explanation of Adjustments-

|  |
|---|

ADJUSTED BANK BALANCE:                                        | $0.00 |

I. CASH RECEIPTS AND DISBURSEMENTS
C. (TAX ACCOUNT)

1. TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS                      23,436.61

2. LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR TAX                          22,957.83
ACCOUNT REPORTS

3. BEGINNING BALANCE:                                                      478.78

4. RECEIPTS DURING CURRENT PERIOD:                                         100.04
   (Transferred from General Account - plus .03 interest)

5. BALANCE:                                                                578.82

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
   TOTAL DISBURSEMENTS THIS PERIOD:***                                      12.00

7. ENDING BALANCE:                                                         566.82

8. TAX Account Number(s):          #6124121473, #6479463231
                                   Wells Fargo Bank, N.A.
   Depository Name & Location:     2540 Main Street, Suite %
                                   Irvine, CA  92614

## TOTAL DISBURSEMENTS FROM TAX ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 8/31/2011 | | Wells Fargo | service fees | 12.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 12.00 |

EACH ACCOUNT
BANK RECONCILIATION

| Bank statement Date: | 8/31/2011 | Balance on Statement: | $566.82 |

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
| --- | --- |
| | |
| | |
| | |
| | |
| | |
| | |

TOTAL DEPOSITS IN TRANSIT | | 0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS: | 0.00

Bank statement Adjustments:
Explanation of Adjustments-

ADJUSTED BANK BALANCE: | $566.82

I. SUMMARY SCHEDULE OF CASH

ENDING BALANCES FOR THE PERIOD:

*(Provide a copy of monthly account statements for each of the below)*

|  |  |
|---|---|
| General Account: | 1,901.22 |
| Payroll Account: | |
| Tax Account: | 566.82 |

\*Other Accounts: _____ _____

_____ _____

_____ _____

\*Other Monies: _____

\*\*Petty Cash (from below): 0.00

TOTAL CASH AVAILABLE: 2,468.04

Petty Cash Transactions:

| Date | Purpose | Amount |
|------|---------|--------|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL PETTY CASH TRANSACTIONS: 0.00

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS
AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  | TOTAL DUE: | 0.00 |

## III. TAX LIABILITIES

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax: _____

Total Wages Paid: _____

|  | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding |  |  |  |
| State Withholding |  |  |  |
| FICA- Employer's Share |  |  |  |
| FICA- Employee's Share |  |  |  |
| Federal Unemployment |  |  |  |
| Sales and Use |  |  |  |
| Real Property |  |  |  |
| Other: _____ | Page 11 of 16 |  |  |
| TOTAL: | 0.00 | 0.00 |  |

## IV. AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

|  | *Accounts Payable Post-Petition | Accounts Receivable | |
|---|---|---|---|
|  |  | Pre-Petition | Post-Petition |
| 30 days or less | 221.28 |  |  |
| 31 - 60 days |  |  |  |
| 61 - 90 days |  |  |  |
| 91 - 120 days | 800.00 |  |  |
| Over 120 days |  | 155,904.59 |  |
| TOTAL: | 1,021.28 | 155,904.59 | 0.00 |

## V. INSURANCE COVERAGE

|  | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | Golden Eagle Ins | $1mm | 2/22/2012 | 2/22/2012 |
| Worker's Compensation |  |  |  |  |
| Casualty |  |  |  |  |
| Vehicle |  |  |  |  |
| Others: |  |  |  |  |
|  |  |  |  |  |

## VI. UNITED STATES TRUSTEE QUARTERLY FEES
## (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 31-Mar-2011 |  | 325.00 | 28-Apr-2011 | 325.00 | 0.00 |
| 30-Jun-2011 |  | 650.00 | 26-Jul-2011 | 650.00 | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  | 975.00 |  | 975.00 | 0.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court. Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

## VII SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VIII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| Heritage Capital Management, LLC - thru CMG, LLC | | management fee | 3,000.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

\* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

IX. PROFIT AND LOSS STATEMENT
(ACCRUAL BASIS ONLY)

|  | Current Month | Cumulative Post-Petition |
|---|---|---|
| **Sales/Revenue:** | | |
| Gross Sales/Revenue | 709.60 | 9,224.43 |
| Less: Returns/Discounts | | |
| Net Sales/Revenue | 709.60 | 9,224.43 |
| **Cost of Goods Sold:** | | |
| Beginning Inventory at cost | | |
| Purchases | | |
| Less: Ending Inventory at cost | | |
| Cost of Goods Sold (COGS) | 0.00 | 0.00 |
| **Gross Profit** | 709.60 | 9,224.43 |
| Other Operating Income (Itemize) | | |
| **Operating Expenses:** | | |
| Payroll - Insiders | | |
| Payroll - Other Employees | | |
| Payroll Taxes | | |
| Other Taxes (Itemize) | | |
| Depreciation and Amortization | | |
| Rent Expense - Real Property | | |
| Lease Expense - Personal Property | | |
| Insurance | | |
| Real Property Taxes | 4,171.36 | 46,196.89 |
| Telephone and Utilities | | |
| Repairs and Maintenance | | |
| Travel and Entertainment (Itemize) | | |
| Miscellaneous Operating Expenses (Itemize) | | |
| Total Operating Expenses | 4,171.36 | 46,196.89 |
| Net Gain/(Loss) from Operations | (3,461.76) | (36,972.46) |
| **Non-Operating Income:** | | |
| Interest Income | 0.07 | 6.90 |
| Net Gain on Sale of Assets (Itemize) | | |
| Other (Itemize) | | |
| Total Non-Operating income | 0.07 | 6.90 |
| **Non-Operating Expenses:** | | |
| Interest Expense | 132,670.83 | 658,210.02 |
| Legal and Professional (Itemize) | 41,991.00 | 110,362.00 |
| Other (Itemize) - (Itemize) | 12,347.98 | 61,178.84 |
| Total Non-Operating Expenses | 187,009.81 | 829,750.86 |
| **NET INCOME/(LOSS)** | (190,471.50) | (866,716.42) |

(Attach exhibit listing all itemizations required above)

X BALANCE SHEET
(ACCRUAL BASIS ONLY)

| ASSETS | Current Month End | |
|---|---|---|
| Current Assets: | | |
| Unrestricted Cash | 2,468.04 | |
| Restricted Cash | | |
| Accounts Receivable | 156,125.87 | |
| Inventory | | |
| Notes Receivable | 13,440,319.46 | |
| Prepaid Expenses | | |
| Other (Itemize) - Retainers | 186,653.05 | |
| Total Current Assets | | 13,785,566.42 |
| | | |
| Property, Plant, and Equipment | | |
| Accumulated Depreciation/Depletion | | |
| Net Property, Plant, and Equipment | | 0.00 |
| | | |
| Other Assets (Net of Amortization): | | |
| Due from Insiders | | |
| Other (Itemize) | 12,475,089.10 | |
| Total Other Assets | | 12,475,089.10 |
| TOTAL ASSETS | | 26,260,655.52 |
| | | |
| LIABILITIES | | |
| Post-petition Liabilities: | | |
| Accounts Payable | 800.00 | |
| Taxes Payable | 23,305.61 | |
| Notes Payable - Interest | 538,870.75 | |
| Professional fees  - Legal | 120,681.97 | |
| Secured Debt  - Interest | 122,347.73 | |
| Other (Itemize) | 36,035.87 | |
| Total Post-petition Liabilities | | 842,041.93 |
| | | |
| Pre-petition Liabilities: | | |
| Secured Liabilities | 7,044,741.59 | |
| Priority Liabilities | 198,094.24 | |
| Unsecured Liabilities | 40,636,009.27 | |
| Other (Itemize) | | |
| Total Pre-petition Liabilities | | 47,878,845.10 |
| TOTAL LIABILITIES | | 48,720,887.03 |
| | | |
| EQUITY: | | |
| Pre-petition Owners' Equity | (21,593,515.09) | |
| Post-petition Profit/(Loss) | (866,716.42) | |
| Direct Charges to Equity | | |
| TOTAL EQUITY | | (22,460,231.51) |
| TOTAL LIABILITIES & EQUITY | | 26,260,655.52 |

XIV. QUESTIONNAIRE

|  |  | No | Yes |
|---|---|---|---|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court? If "Yes", explain below: | x | |

|  |  | No | Yes |
|---|---|---|---|
| 2. | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization? If "Yes", explain below: | x | |

3. State what progress was made during the reporting period toward filing a plan of reorganization

4. Describe potential future developments which may have a significant impact on the case:

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

|  |  | No | Yes |
|---|---|---|---|
| 6. | Did you receive any exempt income this month, which is not set forth in the operating report? If "Yes", please set forth the amounts and sources of the income below. | x | |

I,   David Lawlor
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

9/15/11
Date

Page 16 of 16

Principal for debtor-in-possession

# Wells Fargo Combined Statement of Accounts

Primary account number: **6479463223** ■ August 1, 2011 - August 31, 2011 ■ Page 1 of 6


**WELLS FARGO**

BOUNDARY BAY CAPITAL LLC
DEBTOR IN POSSESSION
CH11CASE#11-14298 (CCA)
OPERATING ACCOUNT
17801 CARTWRIGHT RD
IRVINE CA 92614-6216

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

---

## Your Business and Wells Fargo

Access Wells Fargo/Gallup's Small Business Index reports, press releases and podcasts at wellsfargobusinessinsights.com/small-business-index. The quarterly index reflects small business owner optimism, perceptions of current conditions (past 12 months) and future expectations (next 12 months) relating to financial situation, revenues, cash flow, capital spending, jobs and credit availability.

## Account options

*A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Rewards for Business Check Card | ☐ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

---

Do you need to order business checks?
Here are 3 easy ways to order:
1) Login to wellsfargo.com/checks
2) Call Harland Clarke at 1-800-237-8982 (Monday-Friday 5am-9pm PST, Saturday 5am-4pm PST)
3) Contact your banker

---

# Summary of accounts

## Checking and Savings

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Advantage Business Package Checking | 2 | 6479463223 | 1,891.69 | 1,691.69 |
| Advantage Business Package Checking | 3 | 6479463231 | 184.72 | 172.72 |

Primary account number:  **6479463223**  ▪ August 1, 2011 - August 31, 2011  ▪ Page 2 of 6



## Summary of accounts (continued)

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Business Market Rate Savings | 4 | 6124121473 | 194.06 | 394.10 |
| Business Market Rate Savings | 4 | 6124121499 | 215.50 | 209.53 |
| | **Total deposit accounts** | | **$2,485.97** | **$2,468.04** |

# Advantage Business Package Checking

## Activity summary

| | |
|---|---|
| Beginning balance on 8/1 | $1,891.69 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 200.00 |
| **Ending balance on 8/31** | **$1,691.69** |
| Average ledger balance this period | $1,788.46 |

Account number:  **6479463223**

**BOUNDARY BAY CAPITAL LLC**
**DEBTOR IN POSSESSION**
**CH11CASE#11-14298 (CCA)**
**OPERATING ACCOUNT**

*California account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed at the top of your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 8/1 | | Recurring Transfer Ref #Ope2C2Bnb8 to Business Market Rate Savings xxxxxx1473 | | 100.00 | 1,791.69 |
| 8/31 | | Recurring Transfer Ref #Opexfpwr3W to Business Market Rate Savings xxxxxx1473 | | 100.00 | 1,691.69 |
| **Ending balance on 8/31** | | | | | **1,691.69** |
| **Totals** | | | **$0.00** | **$200.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

Primary account number:  **6479463223**  ■  August 1, 2011 - August 31, 2011  ■  Page 3 of 6



 IMPORTANT ACCOUNT INFORMATION

**When Change Comes**
Wells Fargo Online can help you keep up with your everyday financial needs. Easily move money between your Wells Fargo accounts, or to and from your accounts at other banks. Monitor your Wells Fargo accounts with text and email account alerts. Manage budgeting, spending, and saving with user-friendly online tools. Go to wellsfargo.com (consumer accounts) or wellsfargo.com/biz (business accounts) to sign up or sign on today.

## Advantage Business Package Checking

### Activity summary

| | |
|---|---|
| Beginning balance on 8/1 | $184.72 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 12.00 |
| **Ending balance on 8/31** | **$172.72** |
| Average ledger balance this period | $184.72 |

Account number:  **6479463231**

**BOUNDARY BAY CAPITAL LLC
DEBTOR IN POSSESSION
CH11CASE#11-14298 (CCA)
TAX ACCOUNT**

*California account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed at the top of your statement or visit your Wells Fargo branch.

### Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 8/31 | | Monthly Service Fee | | 12.00 | 172.72 |
| **Ending balance on 8/31** | | | | | **172.72** |
| **Totals** | | | **$0.00** | **$12.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

Primary account number:  **6479463223**  ■  August 1, 2011 - August 31, 2011  ■  Page 4 of 6



---

# Business Market Rate Savings

## Activity summary

| | |
|---|---|
| Beginning balance on 8/1 | $194.06 |
| Deposits/Credits | 200.04 |
| Withdrawals/Debits | - 0.00 |
| **Ending balance on 8/31** | **$394.10** |
| Average ledger balance this period | $297.28 |

Account number:  **6124121473**

**BOUNDARY BAY CAPITAL LLC**
**DEBTOR IN POSSESSION**
**CH11CASE#11-14298 (CCA)**
**TAX ACCOUNT**
*California account terms and conditions apply*
For Direct Deposit and Automatic Payments use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.04 |
| Average collected balance | $297.28 |
| Annual percentage yield earned | 0.16% |
| Interest earned this statement period | $0.04 |
| Interest paid this year | $0.10 |

## Transaction history

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|
| 8/1 | Recurring Transfer Ref #Ope2C2Bnb8 From Business Checking xxxxxx3223 | 100.00 | | 294.06 |
| 8/31 | Recurring Transfer Ref #Opexfpwr3W From Business Checking xxxxxx3223 | 100.00 | | |
| 8/31 | Interest Payment | 0.04 | | 394.10 |
| | **Ending balance on 8/31** | | | **394.10** |
| **Totals** | | **$200.04** | **$0.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

---

# Business Market Rate Savings

## Activity summary

| | |
|---|---|
| Beginning balance on 8/1 | $215.50 |
| Deposits/Credits | 0.03 |
| Withdrawals/Debits | - 6.00 |
| **Ending balance on 8/31** | **$209.53** |
| Average ledger balance this period | $215.50 |

Account number:  **6124121499**

**BOUNDARY BAY CAPITAL LLC**
**DEBTOR IN POSSESSION**
**CH11CASE#11-14298 (CCA)**
**OPERATING ACCOUNT**
*California account terms and conditions apply*
For Direct Deposit and Automatic Payments use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

Primary account number:  **6479463223**    ■  August 1, 2011 - August 31, 2011    ■  Page 5 of 6



**WELLS FARGO**

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.03 |
| Average collected balance | $215.50 |
| Annual percentage yield earned | 0.16% |
| Interest earned this statement period | $0.03 |
| Interest paid this year | $6.80 |

## Transaction history

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|
| 8/31 | Interest Payment | 0.03 | | |
| 8/31 | Monthly Service Fee | | 6.00 | 209.53 |
| | Ending balance on 8/31 | | | 209.53 |
| **Totals** | | **$0.03** | **$6.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

Primary account number:  **6479463223**  ■ August 1, 2011 - August 31, 2011  ■ Page 6 of 6



---

### General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at:  Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation.  In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**
**B.** Any deposits listed in your        $ _____
register or transfers into           $ _____
your account which are not        $ _____
shown on your statement.         + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**
**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| | Total amount $ | |

©2010 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801